

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2021

No. 04-20-00051-CV

**MEDFINMANAGER, LLC,**
Appellant

v.

John **SALAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On January 29, 2021, this court notified the parties that this appeal would be set for formal submission and oral argument on March 31, 2021, at 11:00 AM, before a panel consisting of: Chief Justice Rebeca C. Martinez, Justice Luz Elena D. Chapa, and Justice Lori I. Valenzuela. Our January 29, 2021 notification is hereby WITHDRAWN.

This appeal will be set for formal submission and oral argument before this Court on April 28, 2021, at 10:00 AM, before a panel consisting of: Chief Justice Rebeca C. Martinez, Justice Luz Elena D. Chapa, and Justice Lori I. Valenzuela.

Argument is limited to twenty (20) minutes to each side and ten (10) minutes rebuttal for the appellant. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this order.

In accordance with the Texas Supreme Court's emergency orders in response to the COVID-19 pandemic, the oral argument will be held through the Fourth Court of Appeals' Zoom license.

Counsel will receive a separate e-mail that will contain a link for the oral argument. Counsel are admonished as follows:

1. The link to Zoom is only for counsel presenting argument and is not to be shared with any other person. Counsel will need a computer or other electronic device with a camera, a

microphone, and access to the Internet.  If counsel intends to present any exhibits during oral argument, any such exhibits must be electronically filed by noon on the day before argument.

2.  The argument will be live streamed to the Court's YouTube channel for the benefit of the public. The argument can be accessed using the following link:

https://www.youtube.com/channel/UCiaWJQ7eW5OQIALdyLN6s3A

3.  Counsel are encouraged to familiarize themselves with the Zoom platform.  The Clerk of the Court will contact counsel no later than the week before argument to verify connectivity and equipment.

4.  Counsel must wear court-appropriate attire and choose an appropriate background. The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellee's argument, and ten minutes for appellant's rebuttal argument.  If any participant's link is disconnected during argument, timing of the argument will stop until the participant is able to reconnect.

If either party no longer wishes to present argument, the party must notify this court in writing within seven days of receiving this order.

It is so **ORDERED** on March 30, 2021.

**PER CURIAM**

ATTESTED TO: 
Michael A. Cruz,
Clerk of Court